IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Scott, Keisha W | Case Number: 07 B 00389 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 1/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 14, 2007
Confirmed: March 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,819.00 | |
| Secured: | | 1,725.69 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 93.31 |
| Other Funds: | | 0.00 |
| Totals: | 1,819.00 | 1,819.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,473.00 | 0.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 6. | Capitol One Services | Secured | 26,242.26 | 1,725.69 |
| 7. | Barclays Capital Real Estate | Secured | 19,225.99 | 0.00 |
| 8. | AFNI | Unsecured | 15.27 | 0.00 |
| 9. | Capitol One Services | Unsecured | 433.76 | 0.00 |
| 10. | Nicor Gas | Unsecured | 153.72 | 0.00 |
| 11. | Capital One | Unsecured | 150.51 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 188.47 | 0.00 |
| 13. | American General Finance | Unsecured | | No Claim Filed |
| 14. | Aspire Visa | Unsecured | | No Claim Filed |
| 15. | Bonlar Loan Company | Unsecured | | No Claim Filed |
| 16. | Apex | Unsecured | | No Claim Filed |
| 17. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 18. | Direct Merchants | Unsecured | | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Key Home Equity Service | Unsecured | | No Claim Filed |
| 22. | Sams Club | Unsecured | | No Claim Filed |
| 23. | Spiegel | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Scott, Keisha W | Case Number:  07 B 00389 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  1/9/07 |

$ 48,882.98           $ 1,725.69

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 39.31 |
| 5.4% | 54.00 |

$ 93.31

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_